JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL GARY ESQUIVEL, | ) | NO. CV 23-9946-CAS(E) |
| | ) | |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| ROB ST. ANDRE, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 28, 2024.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE